# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Haydee Rivera** | Civil no. **21-1213 (WGY)** |
| Plaintiffs | |
| V. | |
| **DDR Cayey LLC** | |
| Defendant | |

## JUDGMENT

Pursuant to the Court Order entered on ECF No. 95, this case is hereby dismissed WITH PREJUDICE. IT IS SO ORDERED AND ADJUDGED.

In Boston, Massachusetts, this 30th day of January of 2024.

s/William G. Young
WILLIAM G. YOUNG
United States District Judge
